IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANTONARI ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:22cv00724 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| UNKNOWN, | ) | By:   Hon. Thomas T. Cullen |
| | ) |          United States District Judge |
| Defendant. | ) | |

Plaintiff Antonari Alexander, a former inmate proceeding *pro se,* filed a 12-page, unsigned document with 10 pages of attachments that the court docketed as a civil action under 42 U.S.C. § 1983. (*See* ECF No. 1.) The court conditionally filed the action, advised Alexander that his complaint was deficient, and gave him the opportunity to file an amended complaint. (*See* ECF No. 10.) The court also warned Alexander that failure to file an amended complaint may result in dismissal of his original complaint. (*Id.*)

To date, Alexander has not filed an amended complaint or responded to the court's order in any way. Because his complaint fails to name a defendant[1] and Alexander failed to file an amended complaint to correct this deficiency, the court will dismiss this action without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).[2]

---

[1] Under Rule 10(a) of the Federal Rules of Civil Procedure, "[e]very pleading must have a caption with the court's name, a title, a file number, and a Rule 7(a) designation," and the title of the complaint "must name all the parties."

[2] Moreover, the complaint is unsigned. Under Rule 11(a) of the Federal Rules of Civil Procedure, "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented."

The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Alexander.

**ENTERED** this 11th day of May, 2023.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE